# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | DOCKET NO. 1:09CR50 |
| | ) | |
| vs. | ) | **ORDER FOR DISMISSAL** |
| | ) | |
| CALVIN TAYLOR SELLARS | ) | |

**THIS MATTER** is before the Court on the Government's motion to dismiss the Bill of Indictment without prejudice.

For the reasons stated and for cause shown,

**IT IS, THEREFORE, ORDERED** that the Government's motion is **ALLOWED**, and the bill of indictment herein is hereby **DISMISSED WITHOUT PREJUDICE.**

Signed: June 7, 2009

Lacy H. Thornburg
United States District Judge